# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DAVID RHODES,

    Plaintiff,

v.                                                                 No. 21-cv-1128 KK/SMV

REGENTS OF THE UNIVERSITY OF NEW MEXICO,
GARNETT S. STOKES, and MITZI M. MONTOYA,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     December 20, 2021, at 9:30 a.m. MST

**Matter to be heard:**     Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **December 20, 2021, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**